# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ROGER D. MOSBY**
**ADC #63018**                                                                 **PLAINTIFF**

v.                              No. 5:13-cv-118-DPM

**LARRY B. MAY** *et al.*                                                      **DEFENDANTS**

## ORDER

Mosby has objected, № 7, to Magistrate Judge Jerome T. Kearney's recommendation № 3. On *de novo* review, the Court adopts the proposal with clarifications. FED. R. CIV. P. 72(b)(3). Mosby is a three-striker. His eighteen pages of objections and supporting material do not show that he is in imminent danger of physical injury. He therefore cannot proceed *in forma pauperis*. 28 U.S.C. § 1915(g). His motion to do so, № 1, is denied. The Court will enter Judgment dismissing his complaint without prejudice unless he pays the $350 filing fee by 27 May 2013. The recent motion for more time to file more objections to Judge Kearney's recommendation, № 9, is denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 May 2013