**THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ROGER D. MOSBY
ADC #63018** **PLAINTIFF**

**v.** **No. 5:13-cv-118-DPM**

**LARRY B. MAY *et al.*** **DEFENDANTS**

**JUDGMENT**

Mosby's motion for leave to proceed in forma pauperis is denied, and his complaint is dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

28 May 2013