# THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

ROGER D. MOSBY
ADC #63018                                                                                    PLAINTIFF

v.                                          No. 5:13-cv-118-DPM

LARRY B. MAY *et al.*                                                                        DEFENDANTS

## JUDGMENT

Mosby's motion for leave to proceed in forma pauperis is denied, and his complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

28 May 2013