THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROGER D. MOSBY
ADC #63018                                                                                              PLAINTIFF

v.                                              No. 5:13-cv-118-DPM

LARRY B. MAY et al.                                                                               DEFENDANTS

ORDER

Motions, № 12, 13 & 14, denied. Mosby has not received permission to file in forma pauperis. His remedy, if any, is to appeal. If Mosby files more motions, the Court will consider a stop-docket order.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

20 June 2013