THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROGER D. MOSBY
ADC #63018                                                                                   PLAINTIFF

v.                                      No. 5:13-cv-118-DPM

LARRY B. MAY *et al.*                                                                  DEFENDANTS

ORDER

Motions, № 12, 13 & 14, denied. Mosby has not received permission to file *in forma pauperis*. His remedy, if any, is to appeal. If Mosby files more motions, the Court will consider a stop-docket order.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 June 2013