# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ROGER D. MOSBY**
**ADC #63018**                                                          **PLAINTIFF**

v.                               No. 5:13-cv-118-DPM

**LARRY B. MAY** *et al.*                                               **DEFENDANTS**

## ORDER

Mosby's frivolous motion for reconsideration, № 16, is denied. This is the second such motion. Absent extraordinary circumstances, the Court will enter a stop-docket order in this case if Mosby, who is a three-striker, files anything else in this closed case.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

1 July 2013